IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAULA REYNOLDS,

Plaintiff,

v.

WORLD FINANCE CORPORATION,

Defendant.

Case No. 20-cv-188 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: November 9, 2020**          **MARGARET M. ROBERTIE, Clerk of Court**

                                                          **s/Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                             **J. PHIL GILBERT**
                             **DISTRICT JUDGE**